82,545-01

**EL PASO COUNTY DETENTION FACILITY**
601 E. Overland St.
El Paso, Texas 79901

Date: 03/04/2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 06 2015

Abel Acosta, Clerk

Office of the Court Clerk
Texas Court of Criminal Appeals
P.O. Box 12308; Capitol Station
Austin, Tx. TX 78711

Attn: Hon: Abel Acosta

Re: **State Vs Fernandez**
Writ No. 82, 545-01
Nature of Case: Writ of Mandamus

Dear Court Clerk:

This is to acknowledge receipt of your notice that the Texas Court of Criminal Appeals has (for reason(s) unknown, DENIED, without written order my Writ of Mandamus copelling the El Paso County District Court Judge, Patrick Garcia (384th JDC) to answer or RULE on my Application for Writ of Habeas Corpus filed with his court on October 17, 2014.

Be advised that, by form of this letter, I am seeking to invoke the constitutional jurisdictional supervisory powers of the Texas Supreme Court in connection with the adverse judgment rendered by the Texas Criminal Appellate Court and respectfully request a copy of the entire record submitted to your office by the El Paso County District Clerk on January 26, 2015 regarding this matter in order to prepare a proper and suitable Application for Supervisory Writ of Certiorari.

Please accept this letter as my "timely" submitted request for review of the judgment rendered by the Texas Criminal Appeals Court on February 18, 2015 and, I am respectfully requesting that this timely submission for review by the Texas Supreme court be held in abeyance until the date of my receipt of the requested record of the ELP County District Clerk in connection with my pending criminal case in ELP County, Texas.

With kindest regards, I remain

MF:
Xc: File

*Michael Fernandez*

MICHAEL FERNANDEZ
EPCDF – No. 9579081; Loc.6-40